IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01325-CMA-MEH

SUSAN TORRES,

    Plaintiff,

v.

TIME INSURANCE COMPANY, d/b/a ASSURANT HEALTH, a foreign corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2008.**

    The parties' Agreed Motion for Stipulated Protective Order [filed November 21, 2008; docket #14] is **granted**. The Agreed Stipulation and Protective Order is filed contemporaneously with this order.