IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01325-CMA-MEH

SUSAN TORRES,

    Plaintiff,

v.

TIME INSURANCE COMPANY, d/b/a ASSURANT HEALTH, a foreign corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2009.**

    In light of the Notice of Settlement [docket #27], Plaintiff's Motion to Compel [filed January 20, 2009; docket #23] is **denied as moot**. The parties shall submit dismissal papers on or before **February 27, 2009**.