**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01325-CMA-MEH

SUSAN TORRES,

    Plaintiff,

v.

TIME INSURANCE COMPANY
d/b/a ASSURANT HEALTH,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) and the Joint Stipulation For Dismissal (Doc. # 32) signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED at Denver, Colorado, this __10th__ day of March, 2009.

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Court Judge